Pat A. SCARTH, Petitioner-Appellant,

v.

Colonel Albert J. GERACI et al.,
Respondents-Appellees.

No. 74–3666

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

April 3, 1975.

John T. Montford, Lubbock, Tex., for petitioner-appellant.

Frank D. McCown, U. S. Atty., Fort Worth, Tex., Robert B. Wilson, Asst. U. S. Atty., Lubbock, Tex., for respondents-appellees.

Before BROWN, Chief Judge, and GODBOLD and GEE, Circuit Judges.

PER CURIAM:

The opinion of the District Court reported at 382 F.Supp. 876 (1974), is correct. It is

Affirmed.

Cecil TINER, Petitioner-Appellant,

v.

STATE OF ALABAMA,
Respondent-Appellee.

No. 74–3835

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

April 3, 1975.

Emily Gassenheimer, Montgomery, Ala. (Court appointed), for petitioner-appellant.

William J. Baxley, Atty. Gen., David W. Clark, Asst. Atty. Gen., Montgomery, Ala., for respondent-appellee.

Before THORNBERRY, MORGAN and RONEY, Circuit Judges.

PER CURIAM:

The summary judgment rendered below is vacated and this cause remanded for a hearing to determine whether the appellant deliberately bypassed his state remedies. Should the district court find that appellant did not deliberately bypass such remedies, the constitutional questions presented by the appellant's petition for habeas corpus warrant a full hearing on the merits.